# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYA, JR., <br>     Petitioner, <br> v. <br> SUTTON, Warden, <br>     Respondent. | Case No. ED CV 18-02507-R (RAO) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation ("Report"), and Petitioner's objections to the Report ("Objections"). The time for filing objections to the Report and Recommendation has passed, and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the First Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: November 5, 2019

/s/ Gary Klausner
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE