# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYA, JR., | Case No. ED CV 18-02507-R (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: November 5, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE